IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ANDREW P. LOGAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 3:17-cv-00441-TBR |
| | ) |
| GLA COLLECTION CO., INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Andrew P. Logan, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear its own fees and costs.

This 31st day of October, 2017.

                                                      HEMMINGER LAW OFFICE, PSC

                                                      /s/ *David W. Hemminger*
                                                      David W. Hemminger
                                                      HEMMINGER LAW OFFICE, P.S.C.
                                                      616 S. Fifth Street
                                                      Louisville, KY 40202
                                                      *Attorney for Plaintiff Andrew P. Logan*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

William E. Smith , III
Kightlinger & Gray LLP - New Albany
3620 Blackiston Boulevard, Suite 200
New Albany, IN 47150.

*/s/ David W. Hemminger*
David W. Hemminger
