UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ANDREW P. LOGAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO.  3:17-CV-00441-TBR-LLK |
| | ) | |
| GLA COLLECTION CO., INC., | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Andrew P. Logan, by counsel, David Hemminger, of The Hemminger Law Office, PSC, and the Defendant, GLA Collection Co., Inc., by counsel, William E. Smith, III, of the law firm of Kightlinger & Gray, LLP, stipulate that matters in controversy in the above-entitled cause of action involving the Plaintiff, Andrew P. Logan and the Defendant, GLA Collection Co., Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Co., Inc., have been fully compromised and settled.

It is further stipulated that all parties shall bear their own costs.  It is therefore further stipulated and agreed that the Complaint is hereby dismissed by the Plaintiff with prejudice as to the Defendant, GLA Collection Co., Inc.

| | |
|---|---|
| /s/ David Hemminger (by consent) | /s/ William E. Smith, III |
| David Hemminger | William E. Smith, III |
| Hemminger Law Office, PSC | Kightlinger & Gray, LLP |
| 616 S. Fifth Street | 3620 Blackiston Blvd., Ste 200 |
| Louisville, KY  40202 | New Albany, IN 47150 |
| (502)-443-1060 | (812) 949-2300 |
| hemmingerlawoffice@gmail.com | wsmith@k-glaw.com |
| Counsel for Plaintiff | Counsel for Defendant, GLA Collection Co., Inc.. |